IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REGINALD ANDERSON,**<br>        Petitioner | )<br>)<br>) |
| v. | )    C.A. No. 05-190 Erie<br>) |
| **ATTORNEY GENERAL OF**<br>**PENNSYLVANIA, et al.,**<br>        Respondents. | )<br>)<br>) |

## ORDER

This is a petition for writ of habeas corpus filed by a prisoner in the State Correctional Institution at Huntingdon, Pennsylvania. The case has been filed but Petitioner has not paid the filing fee or filed a motion to proceed *in forma pauperis*.

Therefore, this 1st day of August, 2005;

IT IS HEREBY ORDERED that Petitioner pay the filing fee of $5.00 to the Clerk of Courts or file a motion to proceed in forma pauperis with an accompanying institutional account statement before August 22, 2005. Failure to comply with this Order on or before August 22, 2005, will result in dismissal of this case for failure to prosecute.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                            S/Susan Paradise Baxter
                                            SUSAN PARADISE BAXTER
                                            Chief U.S. Magistrate Judge