IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PETITION FOR WRIT OF HABEAS CORPUS
(28 U.S.C. §2254 - PERSONS IN STATE CUSTODY)

Anderson, Reginald _____, PETITIONER
(Full name) (Include name under which you were convicted)

vs.           CASE NO. 05-190 E
              (Supplied by the Court)

_____, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized
person having custody of petitioner)

and

THE DISTRICT ATTORNEY OF THE COUNTY OF   Erie    ,

and

THE ATTORNEY GENERAL OF THE STATE OF   Pennsylvania
                                       ADDITIONAL RESPONDENT

Eb-7303
_____
Name                              Prison Number

Huntingdon, Pa
_____
Place of Confinement

(If petitioner is attacking a state court judgment which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment. DO NOT USE THIS FORM FOR §2255 PURPOSES.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

INSTRUCTIONS - READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner. Any false statement of a material fact in this petition or in a motion for leave to proceed <u>in forma pauperis</u> may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper

*[handwritten margin note: Why won't Clerk give me Shupi, Delo]*

## PETITION

1. Name and location of court which entered the judgment under attack: _Erie County Court 142 West 6th St Erie Pennsylvania 16501_

2. Criminal Docket Number: _____

3. Date of imposition of sentence: _____

4. Length of sentence: _____

5. Nature of offense or offenses for which you were convicted: _____

6. What was your plea? (Check one)  Not Guilty ( )  Guilty ( )  Nolo Contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____

7. If you were found guilty after a plea of not guilty, check whether finding was made by: Jury (✓)  Judge only ( )

8. Did you testify at the trial? Yes (✓)  No ( )

9. Did you appeal from the judgment of conviction? Yes ( )  No ( )

10. If you did appeal, answer the following:
    (a) First Appeal
        (1) Name of Court: _____
        (2) Docket Number: _____
        (3) Result: _____
        (4) Citation (If known): _____
    (b) Second Appeal
        (1) Name of Court: _____
        (2) Docket Number: _____
        (3) Result: _____
        (4) Citation (If known): _____
    (c) If you filed a petition for certiorari in the United States Supreme Court, give details: _____

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, appli-

cations, or motions with respect to this judgment in any court, state or federal, including petitions under the Post Conviction Hearing Act? Yes ( )   No ( )

12. If your answer is "Yes" to 11, give the following information:
    (1) Name of court: _____
    (2) Nature of proceeding: _____
    (3) Grounds raised: _____
    _____
    _____
    (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )   No ( )
    (5) Result: _____ Date: _____

(b) As to any second petition, application or motion give the same information:
    (1) Name of Court: _____
    (2) Nature of Proceeding: _____
    (3) Grounds raised: _____
    _____
    _____
    (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )   No ( )
    (5) Result: _____ Date: _____

(c) As to any third petition, application or motion give the same information:
    (1) Name of Court: _____
    (2) Nature of Proceeding: _____
    (3) Grounds raised: _____
    _____
    _____
    (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )   No ( )
    (5) Result: _____ Date: _____

(d) Did you appeal to the highest state court having jurisdiction the result of any action on any petition, application or motion:

    (1)    First petition, etc.:    Yes ( )    No ( )
    (2)    Second petition, etc.:    Yes ( )    No ( )
    (3)    Third petition, etc.:    Yes ( )    No ( )

(e) If you did **not** appeal from the adverse action on any petition, application or motion, explain briefly why you did not? _____

13. State **concisely** every ground on which you claim that you are being held unlawfully. State **specifically** the **facts** supporting each ground. <u>You should raise in this petition all available grounds</u> (relating to this conviction) on which you are being held in custody unlawfully, <u>and you should state all the facts sufficient to support each ground</u>. DO SO NOW; because of recent changes in the law you may not be given an opportunity to amend your petition later (See instructions, number 7.).
Grounds: _Shclup v. Delo_

14. If any of the grounds listed were not previously presented in any other court, state or federal, state **briefly** what grounds were not so presented, and give your reasons for not presenting them: _____

15. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ( ) No ( )

16. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing: _Christine Konzel_
(b) At arraignment and plea: _Christine Konzel_
(c) At trial: _Christine Konzel_
(d) At sentencing: _Christine Konzel_

    (e)  On appeal: _____

    (f)  In any post-conviction proceeding: _____

_____

    (g)  On appeal from any adverse ruling in a post-conviction proceeding: _____

_____

17. Were you sentenced on more than one count of any indictment, or more than one indictment, in the same court and at the same time:  Yes ( )  No ( )

18. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
       Yes ( )  No ( )

    (a)  If so, give name and location of court which imposed sentence to be served in the future: _____

_____

    (b)  And give date and length of sentence to be served in the future: _____

_____

    (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?  Yes ( )  No ( )

Wherefore, petition prays that the court grant petitioner relief to which he may be entitled in this proceeding.

Executed at: _____
                (City, County, State)

I, _____ declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____
              (Date)

                                       *[signature]*
                               (Signature of Petitioner)

(NOTE:  No Notary Certification Required)

Hi Clerk,
Mistakes has U.S. in the war on Terror

EB 7303

Anderson