IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REGINALD ANDERSON, )
)
      Petitioner, )
) Civil Action No. 05-190 Erie
v. )
)
ATTORNEY GENERAL OF )
PENNSYLVANIA, et al., )
)
      Respondents. )

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on June 20, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 3], filed on September 2, 2005, recommended that Petitioner's Petition [Doc. No. 2] be dismissed for failure to prosecute. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Defendants. No objections were filed. After <u>de novo</u> review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 27th day of September, 2005;

IT IS HEREBY ORDERED that the Plaintiff's Petition [Doc. No. 2] is DISMISSED for failure to prosecute.

The Report and Recommendation [Doc. No. 3] of Magistrate Judge Baxter, filed on September 2, 2005, is adopted as the opinion of the Court.

                                     s/  Sean J. McLaughlin
                                          United States District Judge

cm:   All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge