UNITED STATES DISTRICT COURT    CA 05-196 E
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

December 23, 2005

Reginald Anderson
EB 7303
1100 Pike Street
Huntingdon, PA 16654

Mr. Anderson:

This office has received your documents, they are being returned for the following reasons:

Documents that you want to file must be filed with the Clerk.

<u>PLEASE NOTE: Any documents sent directly to a Judge will be returned by this office. These documents MUST be addressed to the Clerk's Office.</u>

Additionally, documents must have a description, a full U.S. District Court of Western Pennsylvania case number and caption for which case you intend to file the document in.

Please remedy this before you send documents to be filed.


Very truly yours,
Robert V. Barth, Jr.
Clerk of Court

By_____

NOTE: IT IS YOUR OBLIGATION TO KEEP THE COURT INFORMED OF ALL CHANGES OF ADDRESS

*Concurr Shlup V. Delo*

FORM DC-141  PART 1
Rev 3/00

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

A 672491

☒ MISCONDUCT REPORT   ☐ OTHER   ☐ DC-ADM 801 INFORMAL RESOLUTION

| DC Number | Name | Institution | Incident Time 24 Hr. Base | Incident Date | Date of Report |
|---|---|---|---|---|---|
| EB7303 | Anderson | SCIH | 1700 | 8-15-05 | 8-15-05 |

| Quarters | Place of Incident |
|---|---|
| CB | CB |

**OTHER INMATES OR STAFF INVOLVED OR WITNESSES (CHECK I OR W)**

| DC Number | Name | I | W | DC Number | Name | I | W |
|---|---|---|---|---|---|---|---|
|  | CoI Cates |  | X |  |  |  |  |
|  | CoI Turnbaugh |  | X |  |  |  |  |

**MISCONDUCT CHARGE OR OTHER ACTION** #35 Refusing to obey an order

**STAFF MEMBER'S VERSION** Sir,
On the above date and time I ordered Inmate Anderson to turn down his radio. This was the fourth order given on this day. He was ordered twice by CoI Cates and once by CoI Turnbaugh. The fourth order was then given by me to turn Radio down. He was ordered to turn Radio down on 7-10-05 by S/L Shoemaker. I then went to Anderson cell and confiscated his Radio without further incident.

CIR# A469798

**IMMEDIATE ACTION TAKEN AND REASON** Investigated. No further inquiry indicated. Inmate informed that his appeal [inappropriate?] for Informal Resolution due to past infractions. Radio placed in Secure Locker.

**PRE-HEARING CONFINEMENT**

| | IF YES | |
|---|---|---|
| | TIME | DATE |
| ☐ YES | | |
| ☒ NO | | |

**FORMS GIVEN TO INMATE**
☐ REQUEST FOR WITNESSES AND REPRESENTATION  ☒ INMATE'S VERSION

| REPORTING STAFF MEMBER SIGNATURE AND TITLE | ACTION REVIEWED AND APPROVED BY RANKING C.O. ON DUTY  SIGNATURE AND TITLE | DATE AND TIME INMATE GIVEN COPY |
|---|---|---|
| J. Daws  COI | [signature] COI | DATE 8/15/05  TIME 1816 |

**YOUR HEARING MAY BE SCHEDULED ANY TIME AFTER**
DATE 8-17-05   TIME 0800

**MISCONDUCT CATEGORY**
☒ CLASS 1   ☐ CLASS 2

**Signature of Person Serving Notice** W. Turnbaugh

**NOTICE TO INMATE**
You are scheduled for a hearing on the allegation on the date and time indicated or as soon thereafter as possible. You may remain silent if you wish. Anything you say will be used against you both at the misconduct hearing and in a court of law, if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee/examiner may use your silence as evidence against you. If you indicate that you wish to remain silent, you will be asked no further questions. If you are found guilty of a Class 1 misconduct, any pre-release status you have will be removed.

WHITE — DC-15    YELLOW — Inmate    PINK — Reporting Staff Member    GOLDENROD — Deputy Superintendent Facility Management

DC-ADM 801 Inmate Discipline Policy, Attachment B

*Concur Shup V. Delo*

| FORM DC-141 PART 1 Rev 3/00 | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS | | | A 686352 | |
|---|---|---|---|---|---|
| ☐ MISCONDUCT REPORT   ☐ OTHER   ☒ DC-ADM 801   INFORMAL RESOLUTION | | | | | |
| DC Number E137303 | Name Anderson | Institution SCIH | Incident Time 24 Hr. Base 0940 | Incident Date 11-26-05 | Date of Report 11-26-05 |
| Quarters CB | Place of Incident CB 2008 | | | | |

**OTHER INMATES OR STAFF INVOLVED OR WITNESSES (CHECK I OR W)**

| DC Number | Name | I | W | DC Number | Name | I | W |
|---|---|---|---|---|---|---|---|
|  | K.A. Walter C.O.T |  | ✓ |  |  |  |  |

**MISCONDUCT CHARGE OR OTHER ACTION** #35 Refusing to obey an order

**STAFF MEMBER'S VERSION** On the above date and time inmate Anderson's radio could be heard from the CB unit desk. Anderson was warned earlier this morning about doing this, by this Sergeant. Anderson continues to do this even when ordered to stop, and after receiving misconducts. On 11-25-05 ordered to stop. 11-3-05 same order. 8-15-05 ordered 3x received misconduct. "672491"

**IMMEDIATE ACTION TAKEN AND REASON** Informal Resolution

**PRE-HEARING CONFINEMENT**
☐ YES   ☐ NO   IF YES: TIME / DATE

**FORMS GIVEN TO INMATE**
☐ REQUEST FOR WITNESSES AND REPRESENTATION   ☐ INMATE'S VERSION

REPORTING STAFF MEMBER SIGNATURE AND TITLE: S. Shoemaker COT

ACTION REVIEWED AND APPROVED BY RANKING C.O. ON DUTY   SIGNATURE AND TITLE

DATE AND TIME INMATE GIVEN COPY

YOUR HEARING MAY BE SCHEDULED ANY TIME AFTER DATE / TIME

**MISCONDUCT CATEGORY**   ☐ CLASS 1   ☐ CLASS 2

Signature of Person Serving Notice

**NOTICE TO INMATE**
You are scheduled for a hearing on the allegation on the date and time indicated or as soon thereafter as possible. You may remain silent if you wish. Anything you say will be used against you both at the misconduct hearing and in a court of law, if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee/examiner may use your silence as evidence against you. If you indicate that you wish to remain silent, you will be asked no further questions. If you are found guilty of a Class 1 misconduct, any pre-release status you have will be removed.

WHITE — DC-15   YELLOW — Inmate   PINK — Reporting Staff Member   GOLDENROD — Deputy Superintendent Facility Management

DC-ADM 801 Inmate Discipline Policy, Attachment B

DC-141 PART II B
Rev. 6-84
DISCIPLINARY HEARING REPORT

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

| DC Number | Name | Institution | Hearing Date | Hearing Time | No. From Part I |
|---|---|---|---|---|---|
| EB7303 | Anderson | HUN | 12-1-05 | 0930 | A686352 |

| INMATE PLEA | ☐ Guilty  ☒ No Plea  ☐ Not Guilty  ☐ Other | Verdict | ☒ Guilty  ☐ Not Guilty |
|---|---|---|---|

**HEARING ACTION**

CHARGES: Class I #35 Refusing to Obey an Order

**FINDINGS OF FACT, VERDICT, AND SANCTIONS IMPOSED**

Finding: Guilty.

Sanction Imposed: Reprimand and Warning.

| ☒ YES ☐ NO | The inmate has heard the decision and has been told the reason for it and what will happen. | |
|---|---|---|
| ☒ YES ☐ NO | The circumstances of the charge have been read and fully explained to the inmate. | SEE APPENDICES ☐ |
| ☒ YES ☐ NO | The opportunity to have the inmate's version reported as part of the record was given. | |
| ☒ YES ☐ NO | The inmate has been advised that within 15 days a request for a formal review may be submitted and that this request must contain specific reasons for the review. | |

NAME(S) OF HEARING EXAMINER/COMMITTEE (TYPED OR PRINTED)

MS. Barbara J. Hollibaugh
Corrections Unit Manager

Hearing Report and all appended information must be signed. Signature indicates finished report with appendices.

SIGNATURE OF HEARING EXAMINER/COORINDATOR

WHITE – DC-15    YELLOW – Inmate Cited    PINK – Staff Member Reporting Misconduct    Goldenrod – Deputy Superintendent